FILED
22-0847
9/28/2022 9:37 AM
tex-68682877
SUPREME COURT OF TEXAS
BLAKE A. HAWTHORNE, CLERK

NO. _____

## IN THE SUPREME COURT OF TEXAS

IN THE INTEREST OF M.B.T. and R.T.,

CHILDREN

ON APPEAL FROM THE EIGHTH COURT OF APPEALS,
NO. 08-22-00087-CV

**ORDER PERMITTING WITHDRAW**

On the ____ day of September, 2022, came on to be considered the Motion of Mike Holmes, Court-Appointed Attorney of Record for H.M.T., Appellant in the above styled and numbered cause, and the Court having examined the foregoing motion, and being of the opinion that it should be granted,

IT IS HEREBY ORDERED AND ADJUDGED that MIKE HOLMES be and is hereby permitted to withdraw as attorney of record for H.M.T. in this cause.

Signed this the ____ day of September, 2022.

_____
JUDGE PRESIDING

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below:

Bertha Munoz on behalf of Mike Holmes
Bar No. 09908500
bertha@attorneymikeholmes.com
Envelope ID: 68682877
Status as of 9/28/2022 10:17 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Amie Serrano | 24079203 | amie.serrano@dfps.texas.gov | 9/28/2022 9:37:55 AM | SENT |
| J. Roxane Blount | 787097 | Roxaneb99@att.net | 9/28/2022 9:37:55 AM | SENT |
| Sean Galloway | 24101783 | sgalloway@co.andrews.tx.us | 9/28/2022 9:37:55 AM | SENT |